1 | BENJAMIN WAGNER
United States Attorney
2 | MICHELLE RODRIGUEZ
Assistant U.S. Attorney
3 | 501 I Street, 10th Floor
Sacramento, California 95814
4 | Telephone: (916) 554-2773

**FILED**

JUL 16 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA   )   MISC. NO.
          Plaintiff,       )
                           )
     v.                    )   2:12 - SW - 0 3 9 1   KJN
                           )
SEALED                     )
                           )
          Defendant.       )
_____)

SEALING ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents in the above referenced case shall be sealed until further order of the Court.

DATED: July 12, 2012

_____
KENDALL J. NEWMAN
U.S. Magistrate Judge