

1 | BENJAMIN B. WAGNER
United States Attorney
2 | MICHELLE RODRIGUEZ
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA  95814
4 | (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

In re: Sealed Search Warrants )
) SW NO. 12-0391-kjn
)
) ORDER GRANTING U.S. MOTION TO UNSEAL
) SEARCH WARRANT AND ALL ACCOMPANYING
) DOCUMENTS

HEREBY, and for good cause, the United States' motion to unseal the search warrant in SW NO. 12-0391-kjn, and all accompanying documents in the above captioned matter, IS GRANTED.

DATED: 4/7/15

Edmund F. Brennan
US MAGISTRATE JUDGE